MHN



RECEIVED
7-24-2009
JUL 2 4 2009

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Donald Wilkins

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

P.O. Carlos Huertas #19394s
Narcotic Unit 189
Robert Javis #18378 Unit 189
1 M Ector #5083

09 C 4582
Judge Blanche M. Manning
Magistrate Judge Sidney I. Schenkier

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**
   A. Name: Donald Wilkins
   B. List all aliases: None
   C. Prisoner identification number: 200900 31370
   D. Place of present confinement: Cook County Jail
   E. Address: 2600 South California

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Carlos Huertas #
      Title: Police Officer #19394
      Place of Employment: 3340 West Fillmore Unit 189

   B. Defendant: Robert Davis,
      Title: Police officer #18378
      Place of Employment: 3340 West Fillmore Unit 189

   C. Defendant: Chicago Police department
      Title: Narcotic Unit 189
      Place of Employment: 3340 West Fillmore

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Officer Carlos Huertas #19394 Knowingly and Willfully is lying on Mr Donald Wilkins about a delivery of a control substance I Never was on 5323 South Laflin or any where around There The day of May 14, 2009 I had Just got off Work at The Sun Times I work at 4:35 AM UNTIL 9:00 AM I do not live at 804 North Fransico I live at Pacific Garden Mission 1458 South Canal I am homeless I am Being used By This officer I Been here for over a year Now I have Been Working for Sun Times for about Nine months I have Not miss a day Since I Been There. I was Standing at The Bus Stop on 51st Street Between 51st Justine and 51st and Ashland I had a 40oz of Beer Sitting on The ground Next to me when a Blue Detective car pull up Behind The Bus and The officer got out and Told me To come over and put my hands on The car and I did That and officer Huertas Search me and He pull out

Revised 9/2007

my wallet and look in it I had $200 dollars my Pockets had 4 Packs of Newport cigarettes and my coat was hanging on The Fence Behind The Bus Stop which had my Sun Time Vest and my Newspaper and 4 Bags of mm candy I had No drugs on There More you me but he still put me in The Car and Drove me around and he pick up some more Guys who had The Money I guess he was looking for I didn't have any Thing We got To The Station and I had Ask officer Robert Davis what I was Charged with and he Told me drinking in a Public way but he was lying all The Time I knew Something was Wrong when They brought us way over To The West Side I couldn't Belive it They Both lied To me I lost Two weeks of of Work for This I have Never even Been on 53rd Lafin I have Three kids 5, 3, 7 months, They Need me These the Police is setting me up for what I don't know But I Need My Job I don't Need Jail These officer has used me for There Quata But It was Some People out There who Saw It That They don't know and I do not do or sale drugs Just Newspapers. Officer M. Ector #5083 Paid me five dollars to Buy Three Bag of Crack for Him. They Polla Intrapment on me, He Took me around To The Place where They would sell him he Beg me he said He would Pay me and I went with him and They Sold It to me I gave it To him he gave me $5.00 dollars He drop me off on 51st and that When police officer Woeatas came and Arrested me + I was not on 53rd Lafin

Defendent
M. Ector #5083

Title
Police officer

Place of Employment
3340 West Fillmore Unit 189

Police officer M. Ector #5083 was driving a Gold Toyota or Honda or Something like that he pull up on me on 51st Between Ashland and Justine Asking me where some Crack was I Had Told him There was No Crack up here and I don't know where it is so he left about five or Six minutes he came back and said he found some but They wouldn't Sell it To him so he ask me if I would go with him to get it I Told him I was Not going to leave from The bus Stop. So he beg me he would pay me if I would get it for him so we went on 54th and Laflin I got out and Went to The back of The house he pull in front of a Shorty was in The back In The Alley I gave him The Money That officer Ector gave me for Three Bags of Crack I Went To The Car and gave It To him he gave me $5.00 dollars and he drop me back off on The bus Stop 5181 and That's When The other officers came a arrested me I had No police Money or Crack on me officer Ector did Not say he was a police officer he said Thanks and drove off he Paid me when I was Search By officer Huertas # 19394 I Still had The $5.00 on me He didn't even Take it.

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Want To be Compensate for my Time lost at Work from The may 14 until Now and Compensate for The Stress This has Cause me in Jail and for me not seeing My Kids Wins, false arrest, intrapment by Police & The Unit who hired Them These are Bad officers. $150,000

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☒ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __2__ day of __June__ 20_09_

_Donald Wilkins_
(Signature of plaintiff or plaintiffs)

_Donald Wilkins_
(Print name)

_20090031370_
(I.D. Number)

_Cook County Jail_
_2600 South California_
_Chicago Ill 60608_
(Address)

Revised 9/2007